**Homi N. AMIRMOKRI, Petitioner,**

v.

**DEPARTMENT OF ENERGY,
Respondent.**

No. 2007–3101.

United States Court of Appeals,
Federal Circuit.

Feb. 19, 2008.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, argued for petitioner.

Tara J. Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

Before NEWMAN, SCHALL, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See Fed. Cir. R. 36.*